IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA A. FENELL, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2003-387 Erie |
| | ) | |
| THE PLASTEK GROUP, | ) | |
| PLASTEK MANAGEMENT GROUP, INC. | ) | |
| PLASTEK INDUSTRIES, INC. | ) | |
| PLASTEK INDUSTRIES, | ) | |
| Defendants | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Amanda A. Fenell, by her attorneys, McClure & Miller LLP, and defendants The Plastek Group, Plastek Management Group, Inc., Plastek Industries, Inc. and Plastek Industries, by and through their attorneys, MacDonald, Illig, Jones & Britton LLP, hereby stipulate as follows pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure:

1.      Plaintiff Amanda A. Fenell hereby dismisses, with prejudice, all claims against defendants The Plastek Group, Plastek Management Group, Inc., Plastek Industries, Inc. and Plastek Industries.

2.      Each party shall bear its own costs, fees and expenses.

Respectfully submitted,

_____
Jeffrey J. Cole
PA Bar ID No. 73052
McClure & Miller LLP
717 State Street, Suite 701
Erie, PA 16501

Attorneys for Plaintiff,
Amanda A. Fenell

_____
Lisa Smith Presta
PA Bar ID No. 65527
MacDonald Illig Jones & Britton LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1498

Attorneys for Defendants,
The Plastek Group, Plastek Management Group,
Inc., Plastek Industries, Inc. and Plastek Industries